```
                    UNITED STATES DISTRICT COURT
                          DISTRICT OF MAINE
```

Kevin Lee Ross

    v.                                      Case No. 24-cv-110-SE

John Woodcock, et al

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 2, 2025.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

/s/ Samantha D. Elliott
Samantha D. Elliott
United States District Judge

Date: August 21, 2025

cc:   Kevin Lee Ross, pro se